No. 11–753. BEAULIEU v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 11–775. MANN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–793. LINKLATER v. PRINCE OF PEACE LUTHERAN CHURCH ET AL.; and
No. 11–923. PRINCE OF PEACE LUTHERAN CHURCH ET AL. v. LINKLATER ET AL. Ct. App. Md. Certiorari denied. Reported below: 421 Md. 664, 28 A. 3d 1171.

No. 11–833. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–843. BARBERIS ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED v. RETIREMENT PLAN FOR EMPLOYEES OF S. C. JOHNSON & SON, INC., ET AL.; and
No. 11–970. RETIREMENT PLAN FOR EMPLOYEES OF S. C. JOHNSON & SON, INC., ET AL. v. BARBERIS ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 651 F. 3d 600.

No. 11–855. AMERICA v. MILLS, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 11–880. RALPHS GROCERY CO. ET AL. v. BROWN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–956. SHORE v. SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 11–960. A SOCIETY WITHOUT A NAME, FOR PEOPLE WITHOUT A HOME MILLENNIUM FUTURE-PRESENT v. VIRGINIA, T/A VIRGINIA COMMONWEALTH UNIVERSITY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–964. GRANT ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE. C. A. 6th Cir. Certiorari denied.